

1  McGREGOR W. SCOTT
   United States Attorney
2  STANLEY A. BOONE
   Assistant U.S. Attorney
3  4401 Federal Building
   2500 Tulare Street
4  Fresno, California 93721
   Telephone: (559) 497-4000
5

6          IN THE UNITED STATES DISTRICT COURT FOR THE

7                  EASTERN DISTRICT OF CALIFORNIA

8
   IN THE MATTER OF:            )     01: 06-SW-00161 LJO
9                                )    01: 06-SW-00162 LJO
   1473 KRAMER RIDGE,            )    01: 06-SW-00163 LJO
10 REEDLEY, CALIFORNIA 93654     )    01: 06-SW-00164 LJO
                                 )
11 338 STANLEY AVENUE,           )
   REEDLEY, CALIFORNIA 93654     )    ORDER TO UNSEAL SEARCH WARRANT
12                               )    AFFIDAVIT AND WARRANTS
   1148 E. DINUBA AVENUE,        )
13 APARTMENT #102 (LINCOLN PLACE),)
   REEDLEY, CALIFORNIA 93654     )
14                               )
   1405 F STREET,                )
15 REEDLEY, CALIFORNIA 93654     )
   _____)
16

17       The search warrant affidavit in this case having been sealed
18 by Order of this Court on June 21, 2006, and it appearing that the
19 affidavit and warrant are not required to remain secret based upon
20 the motion submitted by the government,
21       IT IS HEREBY ORDERED that the search warrant affidavit and
22 warrant be unsealed and made public record.
23

24
25 DATED: 7/14/2006              _____
                                 UNITED STATES MAGISTRATE JUDGE
26
27
28

                                  1